NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIELLA B. MASON
(SUBSTITUTED FOR KENNETH B. MASON),**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee,*

**AND**

**FREDERICK TRAWICK**,
*Intervenor.*

---

2012-7042

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2969, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

JAMES SWEET, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-

appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and LARA EILHARDT, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was KEN LEE, United States Department of Veterans Affairs, of Washington, DC

MICHAEL J. NARDOTTI, JR., Patton Boggs LLP, of Washington, DC, argued for Intervenor. With him on the brief were MICHAEL J. SCHAENGOLD and ELIZABETH M. GILL.

———————————

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 28, 2013          /s/ Jan Horbaly
Date                       Jan Horbaly
                           Clerk